# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK

OCT 09 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Robert Gene Miller
Andrew L. Tinsley, Pardrae Gooch
Patrick Scott
Nathan Lual

(Full name of the Plaintiff(s) in this action)

5:25CV-207-JHM

v.

CIVIL ACTION NO. 5:25CV-107-JHM
(To be supplied by the clerk)

Crittenden County
Detention Center
Athena Hayes
Jailer & City of
Marion Kentucky

(Full name of the Defendant(s) in this action)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Robert Gene Miller

Place of Confinement: Crittenden County Detention Center

Address: 208 W Carlise St. Marion, KY 42064

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: Andrew L. Tinsley

Place of Confinement: Crittenden County Detention Center

Address: 208 W. Carlise St Marion KY 42064

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(3) Name of Plaintiff: Pardrae Gooch

Place of Confinement: Crittenden County Detention Center

Address: 208 W. Carlise St Marion KY 42064

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Athena Hayes is employed as Jailer at Crittenden County Detention Center

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant Crittenden County Detention Center is employed as Crittenden county Jail at Crittenden County Jail.

The Defendant is being sued in his/her ( ) individual and/or (X) official capacity.

(3) Defendant Marion County Kentucky is employed as _____ at Water Department.

The Defendant is being sued in his/her ( ) individual and/or (X) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

The above Plintiffs has filed a grievance via electronic system and spoke with numerous Deputy's about the water, since May 13 thru 24th 2025 Marion county KY has put a Boil water adviser for the water. Crittenden County Detention Center has only gave 6 16.9 Fl oz just on above dates the water is still brown and the Kitchen does not wash the tray's water but we are left to shower and brush teeth with it still. Water has caused Blisters & Gum Bleed upset stomach and caused skin to break out very bad. We are deprived basic Hygiene and proper sanitary water to clean or bath correctly, or proper clean clothes or bed sheet's. Denied clean water to clean bowls, cups, clothes, sheet's, brush teeth, shower with that in result causing Blister in gums, skin broke out bad and causing stomach to hurt on daily basis. This violate our 8th and 14th amendment

4

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __$1,000,000__

__X__ grant injunctive relief by __Case Dismissed $1,000,000__

__X__ award punitive damages in the amount of $ __$1,000,000__

____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Return address:
Robert Miller
410 W 7th St
Hopkinsville, KY 42240

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

FILED
JAMES J. VILT, JR. - CLERK
OCT 09 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NASHVILLE TN 370
7 OCT 2025 PM 5

FOREVER / USA

Addressed to:
Federal Clerks Office
501 Broadway, Suite 127
Paducah, KY 42001-6891

42001-585527